UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AUTUMN EATON,<br>    *Plaintiff*,<br><br>    *vs.*<br><br>INDIANA DEPARTMENT OF CORRECTIONS and PENDLETON JUVENILE CORRECTIONS FACILITY,<br>    *Defendants*. | 1:08-cv-01318-JMS-DML |

## ORDER

The Court took Defendants Indiana Department of Correction and Pendleton Juvenile Correctional Facility's (collectively, "Defendants") Motion in Limine regarding references to Plaintiff Autumn Eaton's back or front pay under advisement at the Final Pretrial Conference. The Court now **DENIES** that motion. [Dkt. 91 (third request).]

Back pay and front pay are equitable remedies under Title VII that are typically determined by the Court instead of a jury. *Pals v. Schepel Buick & GMC Truck*, 220 F.3d 495, 500 (7th Cir. 2000). Federal Rule of Civil Procedure 39(c) provides, however, that the Court may try any issue with an advisory jury on its own motion. The Seventh Circuit Court of Appeals expressly permits courts to try issues regarding front and back pay to an advisory jury on their own motion. *Pals*, 220 F.3d at 501. In fact, the Pattern Civil Jury Instructions for the Seventh Circuit contain language for instructing an advisory jury on issues regarding back pay and front pay. *See* Federal Civil Jury Instructions of the Seventh Circuit, pgs. 77-80, *available at* http://www.ca7.uscourts.gov/Pattern_Jury_Instr/7th_civ_instruc_2009.pdf.

For these reasons, and finding no prejudice to either side, the Court **DENIES** Defendants' Motion in Limine regarding front and back pay and will instruct the jury regarding the

same. [Dkt. 91.] The Court will utilize the language from the Pattern Civil Jury Instructions for the Seventh Circuit and will circulate a copy of all final instructions to the parties before the charging conference so that the parties can make objections or propose alterations. Because the Court has ruled on the remaining portion of Defendants' motion in limine taken under advisement at the final pretrial conference, the Clerk is directed to **CLOSE** docket 91 in CM/ECF.

03/09/2012

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only:**

Laura Lee Bowker
LAW OFICES, THE CINCINNATI INSURANCE COMPANY
laura.bowker@atg.in.gov

David M. Henn
HENN LAW FIRM P.C.
david.henn@hennlawonline.com

Kenneth Lawson Joel
INDIANA ATTORNEY GENERAL
kenneth.joel@atg.in.gov

Gregory A. Stowers
STOWERS & WEDDLE PC
gstowers@swh-law.com